```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 16-02478-MDF
Dana Hamberger                                                    Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini            Page 1 of 1           Date Rcvd: Jul 20, 2016
                             Form ID: ntnew341         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
```
db          +Dana Hamberger,    6788 Yellow Church Road,    Seven Valleys, PA 17360-9001
4799894     +Bank Of America,   Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
4799895     +Citizens Bank,   Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,   Warwick, RI 02886-1321
4799896      Dallastown Medical Associates,    1010 Blymire Rd,,    Dover, PA 17315
4799897     +Griest, Himes, Herrold, Reynosa LLP,    129 E. Market Street,    York, PA 17401-1221
4799898     +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
4799900     +World's Foremost Bank,   Na,    4800 Nw 1st St,   Ste 300,   Lincoln, NE 68521-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4799899        +E-mail/Text: Supportservices@receivablesperformance.com Jul 20 2016 18:47:37
                 Receivables Performance Mgmt,   Attn: Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Dana  Hamberger dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Joshua I Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dana Hamberger
aka Dan Hamberger
Debtor(s)

Chapter 13

Case No. 1:16−bk−02478−MDF

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 25, 2016<br>Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: CGambini

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 20, 2016