UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dana Hamberger <br> Debtor | CASE NO. 16-02478-MDF <br><br> CHAPTER 13 |
| Citizens Bank, N.A. <br> Movant | |
| Dana Hamberger <br> Respondents/Debtors | |

Charles J. DeHart, III,
Standing Trustee Additional
Respondent

# DEBTOR'S ANSWER TO MOTION BY CITIZENS BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)

AND NOW, this 31st day of October, 2016, the Debtor, Dana Hamberger, by and through his attorney, Dawn M. Cutaia, files this Answer and in support thereof states the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Attached as Exhibit A is a copy of the receipts for Debtor's payments, which were paid in person at a Citizens Bank branch. Debtor attempted to make the most recent payment, but Citizens Bank refused to accept the payment (presumably because this Motion for Relief was pending).

5. Denied.

6. Admitted.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay.

/s/ Dawn M. Cutaia
Attorney for Debtor
Supreme Court ID 77965
Cutaia Law, LLC
115 E. Philadelphia Street
York, PA 17401
717-304-1841

Delco Plaza
WEDNESDAY, SEPTEMBER 21, 2016
11:38

Please save this receipt until you have verified your account statement.

Payment

Account Number: XXXXXXXXXXXX1400
Amount: $427.64

Teller Number: J057377
Bank: 060
Branch: 318
Transaction #: 3318032272

**Citizens Bank**

citizensbank.com
1-800-922-9999

Please see back for important disclosures.

---

Delco Plaza
MONDAY, AUGUST 22, 2016
10:35

Please save this receipt until you have verified your account statement.

Payment

Account Number: XXXXXXXXXXXX1400
Amount: $427.64

Teller Number: J057377
Bank: 060
Branch: 318
Transaction #: 3318036589

**Citizens Bank**

citizensbank.com
1-800-922-9999

Please see back for important disclosures.