WWR# 21290612

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER NO. 13 |
| | ) | |
| Dana Hamberger | ) | BANKRUPTCY NO. 16-02478-MDF |
| | ) | |
| Debtor | ) | Nature of Proceeding |
| | ) | Motion for Relief from Automatic Stay |
| Citizens Bank, N.A. | ) | |
| Movant | ) | Related to Document # 22 |
| | ) | |
| Dana Hamberger | ) | |
| | ) | |
| Respondent/Debtor | ) | |
| | ) | |
| Charles J. DeHart, III, Standing Trustee | ) | |
| Additional Respondent | ) | |

# **REQUEST TO REMOVE MOTION FOR RELIEF FROM AUTOMATIC STAY**

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within thirty (30) days.

(2) If a stipulation is not filed or a hearing requested within thirty (30) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated 11/04/2016

/s/ Keri P. Ebeck
KERI P. EBECK, ESQUIRE
Weltman, Weinberg & Reis Co. L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219
Attorney for Movant