# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **DANA HAMBERGER** aka Dan Hamberger, | Chapter: **13** |
| Debtor(s) | Case Number: **1:16-bk-02478-MDF** |
| **CITIZENS BANK, N.A.,** | Document No.: **22** |
| Movant(s) vs. | Nature of Proceeding: **Motion for Relief from Automatic Stay** |
| **DANA HAMBERGER and CHARLES J. DEHART, III, ESQUIRE (TRUSTEE),** | |
| Respondent(s) | |

## ORDER

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by December 4, 2016, the Court may deny this Motion without further notice.

FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for November 8, 2016, is hereby CANCELLED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: November 7, 2016