**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Dana Hamberger          |   BKY. NO. 16-02478 MDF
           Debtor(s)

                            |   CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4571

                           Respectfully submitted,

                           **/s/ Thomas Puleo**
                           Thomas Puleo, Esquire
                           James C. Warmbrodt, Esquire
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 825-6306  FAX (215) 825-6406
                           Attorney for Movant/Applicant