**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANA HAMBERGER<br>A/K/A DAN HAMBERGER,<br><br>        DEBTOR | Chapter 13<br><br>1:16-bk-02478-MDF<br><br>OBJECTION |

### PRAECIPE TO WITHDRAW OBJECTION TO MOTION TO DISMISS

To the Clerk:

Kindly withdraw the Objection to the Trustee's Motion to Dismiss, which was filed by Debtor on January 19, 2017.

Date: 1/25/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANA HAMBERGER<br>A/K/A DAN HAMBERGER,<br><br>        DEBTOR<br><br>DANA HAMBERGER<br>A/K/A DAN HAMBERGER,<br><br>        MOVANT | Chapter 13<br><br>1:16-bk-02478-MDF<br><br>Motion to Extend Time to File |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until July 25, 2016, to file all required documents.